918 A.2d 441

**Jody Lee MILES**

v.

**STATE of Maryland.**

**Misc. No. 6, Sept. Term, 2006.**

Court of Appeals of Maryland.

March 13, 2007.

Fred Warren Bennett (Bennett & Bair, LLP), Greenbelt, Erika Alsid Short (Whiteford, Taylor & Preston, LLP), Towson, Ranak K. Jasani (Whiteford, Taylor & Preston, LLP), Baltimore, for appellant.

Annabelle L. Lisic, Sr. Litigation Counsel (Douglas F. Gansler, Atty. Gen.), for appellee.

Submitted before BELL, C.J., RAKER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

**ORDER**

The Court having considered the application for leave to appeal from the denial of post-conviction relief, the supplement thereto, the opposition to the application and the petitioner's supplemental citations of authority filed in the above-entitled case, it is this 13th day of March, 2007,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the application be, and it is hereby, denied.